EXHIBIT A

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776
**Attorneys for Plaintiff(s)**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| BRIAN FERRANTE AND JILL FERRANTE, <br><br> Plaintiffs, <br><br> v. <br><br> OLIN CORPORATION, et al., <br><br> Defendants. | Case No.: C 03-03202 RMW <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFFS BRIAN FERRANTE AND JILL FERRANTE** |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Brian Ferrante and Jill Ferrante and Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs Brian

---

2056416.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Brian Ferrante and Jill Ferrante - 1**

Ferrante and Jill Ferrante as to defendant Olin Corporation. All parties to bear their own costs and legal fees incurred to date in this action.

Dated: __8/4/05__

          Respectfully submitted,

          ALEXANDER, HAWES & AUDET, LLP

          By: _____
              RICHARD D ALEXANDER, Cal. Bar #48432
              JEFFREY W/ RICKARD, Cal. Bar #125180
              RYAN M. HAGAN, Cal Bar #200850
              152 North Third Street, Suite 600
              San Jose, CA 95112
              Telephone:  (408) 289-1776
              Facsimile:   (408) 287-1776

          Attorneys for Plaintiffs Brian Ferrante and Jill Ferrante

          HUSCH & EPPENBERGER, LLC

          By: __/s/ Carol A. Rutter__
              THOMAS M. CARNEY, admitted *pro hac vice*
              CAROL A. RUTTER, admitted *pro hac vice*
              190 Carondelet Plaza, Suite 600
              St. Louis, MO  63105-3441
              Telephone:  (314) 480-1500
              Facsimile:   (314) 480-1505

              RANDALL C. CREECH, Cal. Bar #65542
              CREECH, LIEBOW & KRAUS
              333 West San Carlos Street
              Suite 1600
              San Jose, CA  95110
              Telephone:  (408) 993-9911
              Facsimile:   (408) 993-1335

          Attorneys for Defendant Olin Corporation

2056416.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Brian Ferrante and Jill Ferrante  - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| BRIAN FERRANTE AND JILL FERRANTE, <br><br> Plaintiffs, <br><br> v. <br><br> OLIN CORPORATION, et al., <br><br> Defendants. | Case No.: C 03-03202 RMW <br><br> **ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS BRIAN FERRANTE AND JILL FERRANTE** |

THIS MATTER coming on the motion of Plaintiffs Brian Ferrante and Jill Ferrante and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiffs Brian Ferrante and Jill Ferrante 's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005    *Ronald M. Whyte*